UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 15 AM 9:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0107

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No._____ |
| Plaintiff, | ) BY: ___ DEPUTY | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | |
| **Tinamarie Torres DEBENEDETTO** | ) | Title 8, U.S.C., Section |
| **(D1)** | ) | 1324(a)(2)(B)(iii)- |
| and | ) | Bringing in Illegal Alien(s) |
| **Alejandra TAPIA** | ) | Without Presentation (Felony) |
| **(D2)** | ) | |

The undersigned complainant being duly sworn states:

On or about **January 14, 2008**, at the San Ysidro Port of Entry, within the Southern District of California, defendants **Tinamarie Torres DEBENEDETTO (D1) and Alejandra TAPIA (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Isabel BOCANEGRA-Narvaez,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Claudia Rios, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **January, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

### PROBABLE CAUSE STATEMENT

The complainant states that **Isabel BOCANEGRA-Narvaez** is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 14, 2008 at approximately 1550 hours, **Tinamarie Torres DEBENEDETTO** (Defendant 1) made application for admission into the United States at the San Ysidro Port of Entry driving a Green Jeep Grand Cherokee. In the vehicle was one visible passenger, **Alejandra TAPIA** (Defendant 2). During primary inspection, Defendant 1 and 2 declared United States citizenship. Defendant 1 gave two negative Customs declarations and claimed that the vehicle she was driving was a company car. Defendant 1 stated that she was going to San Diego, California. Defendant 1 stated her and Defendant 2 had traveled to Tijuana for the purpose to visit Defendant 2's grandmother. The Customs and Border Protection (CBP) primary officer noticed a strong gasoline odor coming from the vehicle and performed an inspection of the vehicle. The CBP primary officer opened the rear door of the vehicle and noticed the floor was slightly arched and bulging. The Customs and Border Protection primary officer also noticed what appeared to be a person concealed in a gas tank compartment. The CBP Officer instructed Defendant to turn off the vehicle and called for assistance. CBP Officers responded and handcuffed both defendant 1 and 2 for officer safety and escorted them to secondary. CBP Officers drove the vehicle to secondary for further inspection.

In secondary, Prosecution CBP Enforcement Officers responded and discovered two adult females concealed within the gas tank compartment. CBP Officers lifted a heavy sheet metal and removed the two females from the gas tank compartment of the vehicle. An alternate fuel source was discovered in place of the air filter of the vehicle.

Further investigation revealed the females to be citizens and natives of Mexico with no entitlement to enter the United States. One of the two adult females is now identified as **Isabel BOCANEGRA-Narvaez (Material Witness).**

During a videotaped proceeding, Defendant 2 was advised of her Miranda rights and acknowledged her rights. Defendant 2 elected to answer questions without benefit to counsel. Defendant 2 denies knowledge of the concealed aliens. Defendant 2 stated she was traveling to her home in North Hollywood, California to pick up more clothes for her and her children who are in Tijuana with relatives. Defendant 2 stated Defendant 1 borrowed the vehicle from a friend in Tijuana. Defendant 2 stated she did not notice anything unusual of the vehicle.

During a videotaped interview, the Material Witness admitted to being a citizen of Mexico without documents to legally enter the United States. Material Witness stated her cousins made the smuggling arrangements with an unknown female in Tijuana, Mexico. Material Witness stated her cousin was to pay a sum of $3,000.00 USD upon her arrival to the United States. Material Witness admitted she was going to Los Angeles, California to live with her family.